IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFREY LANCE HILL, SR.,

      Appellant,

v.

SUWANNEE RIVER WATER
MANAGEMENT DISTRICT
AND LINDA PETRY HILL,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2979

_____/

Opinion filed August 24, 2017.

An appeal from the Circuit Court for Columbia County.
William F. Williams, Judge.

Jeffrey Lance Hill, Sr., pro se, Appellant.

Leonard J. Dietzen of Rumberger, Kirk & Caldwell, P.A., Tallahassee, and Chase
E. Hattaway and David C. Willis of Rumberger, Kirk & Caldwell, P.A., Orlando,
for Appellee, Suwannee River Water Management District.

PER CURIAM.

      DISMISSED.

LEWIS, RAY, and JAY, JJ., CONCUR.